MEMORANDUM TO
THE HONORABLE ARTHUR D. SPATT
SENIOR UNITED STATES DISTRICT JUDGE

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 12 2015 ★

LONG ISLAND OFFICE

RE: <u>United States v. Alton Banks</u>
DOCKET #: 14-CR-303
FOR SENTENCE: March 6, 2015

## *DELAY IN PRESENTENCE INVESTIGATION/REQUEST FOR ADJOURNMENT*

The Court was advised of delays in the presentence investigation via a Memorandum from the Probation Department on December 16, 2014. These pertained to difficulties in scheduling the presentence interview with Defense Counsel. The interview was eventually scheduled and conducted, albeit considerably later than the plea date.

At this point, the Probation Department's case investigation is mostly complete, and the presentence report has been submitted. However, because of the backlog in the in-house reviewing process, additional time is required to disclose the report.

In light of this, the Probation Department respectfully requests that the Court grant a brief adjournment of sentence. A sentence date later in March 2015 or thereafter is requested. Should additional information be desired, the undersigned can be reached at the number below.

Request denied

Request approved – new sentence date

*Request granted. Sentence date adjourned to April 24, 2015 at 1:30 p.m.*

RESPECTFULLY SUBMITTED,
EILEEN KELLY, CHIEF U.S. PROBATION OFFICER

Prepared by:
Linda V. Fowle, Sr. U.S. Probation Officer
(631) 712-6357
Date: February 11, 2015

SO ORDERED
s/ Arthur D. Spatt
ARTHUR D. SPATT, U.S. District Judge
DATED: 2/12/15

cc: Philip Murphy, Esq.
Lara Treinis-Gatz, Esq., Assistant United States Attorney