

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

April 23, 2015

**VIA ECF**
The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
1024 Federal Plaza
Central Islip, New York 11722

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 23 2015   ★

LONG ISLAND OFFICE

     Re:   United States v. Alton Banks
           <u>Criminal Docket No. 14 CR 303 (ADS)</u>

Dear Judge Spatt:

        I write on behalf of all parties to request an adjournment of the sentencing in the above-referenced matter as the parties need more time to prepare for sentencing.   I respectfully request May 14, 2015 at 10:00 a.m.

*Application granted.*

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By:           /s/
             Lara Treinis Gatz
             Assistant United States Attorney
             (631) 715-7913

cc.    Phil Murphy, Esq.

s/ Arthur D. Spatt

U.S.D.J.    4/23/15