U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

May 29, 2019

**VIA ECF**
The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
1024 Federal Plaza
Central Islip, New York 11722

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 29 2019   ★

LONG ISLAND OFFICE

Re:   United States v. Alton Banks
      Criminal Docket No. 14 CR 303 (ADS)

Dear Judge Spatt:

After conferring with Probation Officer Jennifer Connelly, we have no objection to the defendant's request for early termination of supervised release.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

By:        /s/
      Lara Treinis Gatz
      Assistant United States Attorney
      (631) 715-7913

*Supervised Release; Terminated.*

/s/ Arthur D. Spatt

USDJ        5/29/19